## Commonwealth *v.* Williams, Appellant.

Submitted April 15, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

### November 5, 1970

## Adams County School District Appeal.

Argued September 16, 1970. *J. Thomas Menaker*, with him *Norman I. White*, and *McNees, Wallace and Nurick*, for appellants; *Eugene R. Hartman*, for Adams County School Board, appellee; *Patrick H. Washington*, Deputy Attorney General, with him *William C. Sennett*, Attorney General, for State Board of Education, appellee.

Order affirmed.